**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
 DAVID CORTEZ, JR.,

                        Plaintiff,                25 **CIVIL** 2471 (RWL)

    -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated January 26, 2026, that the Commissioner's

decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the

Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for

further administrative proceedings, including a new hearing and decision.

**Dated:**  New York, New York

      January 29, 2026

                                 **TAMMI M. HELLWIG**
                                _____
                                  **Clerk of Court**

               **BY:**          K. Mango

                                  _____
                                 **Deputy Clerk**